✎ AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF _____NORTH CAROLINA_____

UNITED STATES OF AMERICA

V.

KELLY ATKINSON

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 5:13-MJ-2003

CHARGING DISTRICTS
CASE NUMBER: 13-CR-84-A

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the

_____WESTERN_____ District of _____NEW YORK_____ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _____

*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified)
US COURTHOUSE, 2 NIAGARA SQUARE, BUFFALO, NEW YORK 14202   on   **NOVEMBER 21, 2013 AT 2PM**  .

*Date and Time*

_____[signature]_____
*Signature of Judge*

November 8, 2013
*Date*

USMJ William A. Webb